IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAJMUS SHAMEEM** | : | CIVIL ACTION NO. 1:CV-10-2550 |
| | : | |
| Petitioner | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **LOWE CRAIG,** et al. | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the captioned action is a January 11, 2011 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Petition for Writ of Habeas Corpus is **DISMISSED** as moot.

3) The Clerk of Court shall close this case.

                                               s/ Yvette Kane
                                               YVETTE KANE, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania

Dated: February 7, 2011